NO









NO. 12-09-00428-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

SIMMONS THEODORE YLIYAH
NA’BI,

APPELLANT                                                     '     APPEAL
FROM THE 87TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

SANDRA TITLOW,                                           '     ANDERSON
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            On
December 10, 2009, Simmons Theodore Yliyah Na’bi  filed a notice of appeal
seeking to appeal “the trial court’s final judgment entered on an unknown
date.”  On the same date, this court notified Na’bi that the information
received in this appeal does not contain a final judgment or other appealable
order.  Na’bi was further informed that the appeal would be dismissed if the
information received in the appeal was not amended on or before January 11,
2010 to show the jurisdiction of this court.  The deadline for amendment has
passed, and Na’bi has neither responded to the December 10, 2009 notice or
otherwise shown the jurisdiction of this court.  Accordingly, the appeal is dismissed
for want of jurisdiction.  See Tex. R. App. P. 37.1, 42.3.

Opinion delivered January 13, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

(PUBLISH)